UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JASON D. SMITH, CURTIS CARDWELL
and JIMMY LOCKLEAR,
        Plaintiff,
    v.                                  **Judgment in a Civil Case**
JOHN GODFREY, MARSHALL PIKE, LT.
THOMPSON, LT. VERNADO, LT.
GUTHRIE and EVERY SHIFT CAPTAIN,
        Defendants.                    Case Number: 5:21-CT-3068-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of the defendants' motion for summary judgment.

IT IS ORDERED AND ADJUDGED that in accordance with the court's order of April 27, 2021, plaintiff Curtis Cardwell's claims are dismissed without prejudice and plaintiff Jimmy Locklear's claims are terminated, to be opened in another case;

IT IS FURTHER ORDERED AND ADJUDGED that in accordance with the court's order of September 20, 2021, plaintiff Jason D. Smith's claims against defendants Lt. Guthrie and Every Shift Captain are dismissed; and

IT IS FURTHER ORDERED AND ADJUDGED that in accordance with the court's order of December 21, 2022, the remaining defendants' motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on December 21, 2022, with service on:
Jason D. Smith 0696180 Lumberton Correctional Institution 75 Legend Road Lumberton, NC 28359 (via U.S. Mail)
Alex Ryan Williams (via CM/ECF Notice of Electronic Filing)

December 21, 2022                              Peter A. Moore, Jr.
                                              Clerk of Court

                                              By:            _[signature]_
                                                              Deputy Clerk